Sander L. Esserman, Esq. (Admitted pro hac vice)
Cliff I. Taylor, Esq. (Admitted pro hac vice)
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, a Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

and

Douglas T. Tabachnik, Esq. (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728
(732) 792-2760

**ATTORNEYS FOR RAY AND
CATHY FLAKE**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-12148 [BRL] |
| ALPER HOLDINGS USA, INC., | |
| Debtor. | |

_____

## NOTICE OF APPEAL

Ray and Cathy Flake (the "Flake Plaintiffs"), hereby appeal under 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002 from the Memorandum Decision and Order Granting Objection of Alper Holdings USA, Inc. to Proofs of Claim (Claim Nos. 20 and 21) Filed By Flake Plaintiffs [Bankr. Docket No. 123] entered on January 15, 2008.  This Notice of Appeal is timely pursuant to Federal Rules of Bankruptcy Procedure 8002 and 9006.  In accordance with Federal Rule of

Bankruptcy Procedure 8001(a), the names of all parties to the orders appealed from and the parties to this appeal and the names and addresses of their respective counsel are as follows:

| | |
|---|---|
| Douglas T. Tabachnik, Esq.<br>Law Offices of Douglas T. Tabachnik<br>Woodhull House<br>63 W. Main Street, Suite C<br>Freehold, New Jersey 07728<br>Telephone: 732.792.2760<br><br>*ATTORNEYS FOR RAY AND CATHY FLAKE* | Luc A. Despins, Esq.<br>Jessica L. Fink, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone:  212.530.5000<br>Facsimile: 212.530.5219<br><br>*ATTORNEYS FOR DEBTOR, ALPER HOLDINGS USA, INC.* |
| Sander L. Esserman, Esq.<br>Cliff I. Taylor, Esq.<br>Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: 214.969.4900<br>Facsimile: 214.969.4999<br><br>*ATTORNEYS FOR RAY AND CATHY FLAKE* | Andrew M. Leblanc<br>Milbank, Tweed, Hadley & McCloy LLP<br>Suite 1100<br>International Square Building<br>1850 K Street, N.W.<br>Washington, DC 20006<br>Telephone: 202.835.7574<br>Facsimile: 202.835.7586<br><br>*ATTORNEYS FOR DEBTOR, ALPER HOLDINGS USA, INC.* |
| Dated:  January 18, 2008. | Respectfully submitted,<br><br>*/s/ Douglas T. Tabachnik*<br>Douglas T. Tabachnik (DT 6337)<br>LAW OFFICES OF<br>DOUGLAS T. TABACHNIK<br>Woodhull House<br>63 W. Main Street, Suite C<br>Freehold, New Jersey 07728<br>Telephone:  (732) 792-2760<br>Facsimile:  (732) 792-2761<br><br>and |

Sander L. Esserman
Cliff I. Taylor
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**ATTORNEYS FOR RAY AND CATHY FLAKE**