Sander L. Esserman, Esq. (SE 0356) (admitted pro hac vice)
Cliff I. Taylor, Esq. (CT 4711) (admitted pro hac vice)
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, a Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

and

Douglas T. Tabachnik, Esq. (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728
(732) 792-2760

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-12148 [BRL] |
| ALPER HOLDINGS USA, INC., | |
| Debtor. | |

## AMENDED DESIGNATION OF RECORD ON APPEAL

On January 18, 2008, Ray Flake and Cathy Flake (the "Flake Plaintiffs") filed a Notice of Appeal [Docket No. 124], appealing the Court's Memorandum Decision and Order Granting Objection of Alper Holdings USA, Inc. to Proofs of Claim (Claim Nos. 20 and 21) Filed by Flake Plaintiffs (the "Order") [Docket No. 123].[1] Pursuant to Federal Rule of Bankruptcy Procedure 8006, the Flake Plaintiffs hereby submit this Amended Designation of Record on Appeal, designating the following documents and items to be included in the record on their appeal from the Order. Also, pursuant to Local

---

[1] On January 17, 2008, the Court entered an Errata Order, correcting certain grammatical and spelling errors appearing in the Order [Docket No. 125].

Bankruptcy Rule 8007-1(a), the Flake Plaintiffs attach hereto as Exhibits A-E, item numbers 8 through 12, which do not appear on the Court's docket as of the date hereof.

| Item No. | Docket No. | Filing Date | Description |
|---|---|---|---|
| 1. | 67 | 11/14/2007 | Objection of Alper Holdings USA, Inc. to Proofs of Claim (Claim Nos. 20 and 21) Filed by Flake Plaintiffs |
| 2. | 105 | 12/27/2007 | Response of Ray and Cathy Flake to Objection of Alper Holdings USA, Inc. to Proofs of Claim (Claim Nos. 20 and 21) Filed by Flake Plaintiffs |
| 3. | 110 | 1/07/2008 | Reply of Alper Holdings USA, Inc. to Response of Ray and Cathy Flake to Objection Filed by Alper Holdings USA, Inc. to Proofs of Claim Nos. 20 and 21 |
| 4. | 119 | 12/17/2007 | Transcript of Hearing held on December 13, 2007 |
| 5. | 123 | 1/15/2008 | Memorandum Decision and Order Granting Objection of Alper Holdings USA, Inc. to Proofs of Claim (Claim Nos. 20 and 21) Filed by Flake Plaintiffs |
| 6. | 125 | 1/17/2008 | Errata Order |
| 7. | 124 | 1/18/2008 | Notice of Appeal filed by Ray and Cathy Flake |
| 8. | | | Amended Proof of Claim submitted by Ray Flake |
| 9. | | | Amended Proof of Claim submitted by Cathy Flake |
| 10. | | | Transcript of Hearing held on January 8, 2008 |
| 11. | | | January 9, 2008, Letter from Andrew Leblanc to The Honorable Burton R. Lifland |

2

12.  January 11, 2008, Letter from Cliff I. Taylor to The Honorable Burton R. Lifland

Dated:  January 24, 2008.        Respectfully submitted,

*/s/ Douglas T. Tabachnik*
Douglas T. Tabachnik (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728
Telephone:  (732) 792-2760
Facsimile:  (732) 792-2761

and

Sander L. Esserman (SE 0356)
(admitted pro hac vice)
Cliff I. Taylor (CT 4711)
(admitted pro hac vice)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas  75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

**ATTORNEYS FOR THE FLAKE PLAINTIFFS**