UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Ray Flake, et al,

              Plaintiff(s),              08 Civ 2489 (CM) (MHD)

      -against-

Alper Holdings USA, Inc.,           CALENDAR NOTICE

              Defendant(s).
------------------------------------------------------X

      Please take notice that the above captioned matter has been **scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ✓ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, May 9, 2008 at 11:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

      Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: March 19, 2008
       New York, New York

                                         So Ordered

                                         Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08