UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | 08-cv-02489-CM |
| ) | |
| **ALPER HOLDINGS USA, Inc.,** ) | |
| ) | |
| Debtor, ) | |
| ) | |
| **RAY AND CATHY FLAKE,** ) | |
| ) | |
| Appellants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Brief of Appellants Ray and Cathy Flake was served upon the persons identified below via First Class Mail, postage pre-paid on the 31st day of March, 2008.

Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005

Jessica L. Fink
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005

Andrew M. Leblanc
Milbank, Tweed, Hadley & McCloy LLP
Suite 1100
International Square Building
1850 K Street, N.W.
Washington, DC 20006

Dated: April 1, 2008

                                                                           */s/ Cliff I. Taylor*
                                                                           Cliff I. Taylor