UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re:                                            :   Chapter 11
                                                  :   Case No. 07-12148 (BRL)
ALPER HOLDINGS USA, INC.,                         :
                                                  :
                    Debtor.                       :
———————————————————— x
                                                  :
RAY AND CATHY FLAKE,                              :
                                                  :
                    Appellants,                   :   District Court
                                                  :   Case No. 08-cv-02489-CM
         -against-                                :
                                                  :
ALPER HOLDINGS USA, INC.,                         :
                                                  :
                    Appellee.                     :
———————————————————— x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

       BRYN FULLER, being duly sworn, deposes and says:

       I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case.  I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, counsel for Alper Holdings USA, Inc., appellee in the above-captioned case.

       On April 18, 2008, I caused a copy of the following documents:

       BRIEF OF APPELLEE; and

       APPENDIX OF ITEMS INCLUDED IN BRIEF OF APPELLEE;

to be served upon the parties identified on <u>Exhibit A</u> attached hereto via FedEx next business day delivery.

      /s/ Bryn Fuller
    BRYN FULLER

SWORN TO AND SUBSCRIBED before me this 22nd day of April, 2008.

 /s/Rena Ceron
Rena K. Ceron
Notary Public, State of New York
No. 01CE6028430
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Feb. 1, 2010

## Exhibit A

Douglas T. Tabachnik, Esq.
LAW OFFICES OF
DOUGLAS T. TABACHNIK, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728

Sander L. Esserman, Esq.
Cliff I. Taylor, Esq.
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, a Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201