UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ALPER HOLDINGS USA, Inc.

                   Debtor.

RAY AND CATHY FLAKE,

                   Appellants,
v.

ALPER HOLDINGS USA, Inc.,

                   Appellee.

Case No. 1:08-cv-02489-CM

MOTION TO ADMIT COUNSEL

*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Douglas T. Tabachnik a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Sander L. Esserman, Esq.
    Stutzman, Bromberg, Esserman & Plifka,
    A Professional Corporation
    2323 Bryan Street, Suite 2200
    Dallas, TX 75201
    Tel: (214) 969-4900
    Tel: (214) 969-4999

Sander L. Esserman is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against Sander L. Esserman in any State or Federal Court.

Dated: April 22, 2008

                                      Respectfully submitted,

                                      Douglas T. Tabachnik (DT 6337)
                                      Law Offices of Douglas T.
                                      Tabachnik, P.C.
                                      Suite C
                                      Woodhull House
                                      63 West Main Street
                                      Freehold, New Jersey 07728
                                      (732) 792-2760

                                      ATTORNEY FOR RAY AND
                                      CATHY FLAKE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**ALPER HOLDINGS USA, Inc.,**<br><br>Debtor. | Case No. 1: 08-cv-02489-CM |
| **RAY AND CATHY FLAKE,**<br><br>Appellants,<br><br>v.<br><br>**ALPER HOLDINGS USA, Inc.,**<br><br>Appellee. | **DECLARATION OF DOUGLAS T. TABACHNIK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF SANDER L. ESSERMAN** |

I, Douglas T. Tabachnik, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member in good standing of the bar of the State of New York, and was admitted to practice in 1981. I was admitted to the bar of the United States District Court for the Southern District of New York in 1982, and am in good standing with this Court. I respectfully submit this affirmation in support of the motion pursuant to Local Civil Rule 1.3(c) of this Court for the admission *pro hac vice* of Sander L. Esserman, shareholder of the Dallas, Texas law firm of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation.

2. Mr. Esserman has been admitted to practice law in the State of Texas, and in the Northern District of Texas, and in the United States Court of Appeals for the Third

and Fifth Circuits. Mr. Esserman is and has always been a member in good standing of the bars of the jurisdictions and courts in which he is admitted to practice. I have known Mr. Esserman since June of 2004 and believe him to be of high moral character and extremely competent in the practice of law.

3. Mr. Esserman's Certificate of Good Standing of the State of Texas bar is attached hereto as **Exhibit A**.

4. I further affirm that I am fully familiar with the facts of this case and will assist Mr. Esserman in the preparation of this case.

5. I respectfully submit a proposed order which is annexed hereto as **Exhibit B**.

WHEREFORE, I respectfully request that the Court admit Sander L. Esserman, to appear and to participate in all further proceedings in this case on behalf of Ray and Cathy Flake.

Dated: April 16, 2008.

Respectfully submitted,

Douglas T. Tabachnik (DT 6337)
Law Offices of Douglas T. Tabachnik, P.C.
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
Phone: (732) 792-2760
Facsimile: (732) 792-2761

**ATTORNEY FOR RAY AND CATHY FLAKE**

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

April 07, 2008

RE:   **Mr. Sander L. Esserman**
      State Bar Number - **06671500**

To Whom it May Concern:

This is to certify that Mr. Sander L. Esserman was licensed to practice law in Texas on November 01, 1976 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ALPER HOLDINGS USA, Inc.,<br><br>Debtor. | Case No. 1: 08-cv-02489-CM |
| RAY AND CATHY FLAKE,<br><br>Appellants,<br><br>v.<br><br>ALPER HOLDINGS USA, Inc.,<br><br>Appellee. | ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Douglas T. Tabachnik, attorney for Ray and Cathy Flake and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Sander L. Esserman, Esq.
>Stutzman, Bromeberg, Esserman, & Plifka
>A Professional Corporation
>2323 Bryan Street, Suite 2200
>Dallas, Texas 75201
>Tel: (214) 969-4900
>Fax: (214) 969-4999
>taylor@sbep-law.com

is admitted to practice *pro hac vice* as counsel for Ray and Cathy Flake in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      April ____, 2008

                                                  _____
                                                  COLLEEN MCMAHON,
                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ALPER HOLDINGS USA, Inc.,<br><br>Debtor,<br><br>RAY AND CATHY FLAKE,<br><br>Appellants. | 08-cv-02489-CM |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of (1) the Motion for Admission *Pro Hac Vice* of Cliff I. Taylor and (2) the Motion for Admission *Pro Hac Vice* of Sander L. Esserman to be served upon the persons identified below via First Class Mail, postage pre-paid on the 22nd day of April, 2008.

Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005

Jessica L. Fink
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005

Andrew M. Leblanc
Milbank, Tweed, Hadley & McCloy LLP
Suite 1100
International Square Building
1850 K Street, N.W.
Washington, DC 20006

Dated: April 22, 2008

Douglas T. Tabachnik