# LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.

WOODHULL HOUSE
63 WEST MAIN STREET
SUITE C
FREEHOLD, NEW JERSEY 07728
(732) 792-2760 (VOICE)
(732) 792-2761 (FAX)
WWW.DTTLAW.COM

DOUGLAS T. TABACHNIK
Admitted in NY and NJ

OF COUNSEL:
NOVACK, BURNBAUM, CRYSTAL, LLP
300 EAST 42ND STREET, 10TH FLOOR
NEW YORK, NEW YORK 10017
(212) 682-4002 (VOICE)
(212) 986-2907 (FAX)

REPLY TO: New Jersey

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/1/08]

April 29, 2008

**MEMO ENDORSED**

VIA FAX

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Chamber 640
New York, New York 10007

[Handwritten endorsement: "Don't file the reply brief yet." signed Colleen McMahon 5/1/08]

Re:  *In re Alper Holdings USA, Inc., Debtor, Ray and Cathy Flake, Appellants v. Alper Holdings USA, Inc., Appellee*, Case No. 1:08-cv-02489 (CM)

Dear Judge McMahon:

    My firm, along with Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, is counsel for Appellants Ray and Cathy Flake in the above-captioned appeal (the "Flake Appeal").

    Today, Monday, April 29, 2008, I received the Court's Memorandum Order (the "Memorandum Order"), dated April 28, 2008, in which the Court indicated that the four consolidated appeals in case nos. 08-cv-02489, 08-cv-03344, 08-cv-03625, and 08-cv-02428 will be conferenced on May 9, 2008, to discuss scheduling.

    Pursuant to the Court's Docket in the Flake Appeal (08-cv-02489, Docket No. 9), the Flakes' Reply Brief is due on May 5, 2008. The Flakes respectfully request guidance from the Court as to whether, in light of the Memorandum Order, their filing of the Reply Brief is to abide the schedule to be set at the May 9, 2008 hearing.

Hon. Coleen McMahon, USDJ
April 29, 2008
Page 2

      Pursuant to the Court's Memorandum Order, the parties are in the process of consulting regarding an expedited briefing schedule. Thank you for your consideration of this matter.

                            Respectfully submitted,

                            Douglas T. Tabachnik

cc:    To All Counsel Below Via Fax:

      Luc A. Despins
      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, New York 10005

      Jessica L. Fink
      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, New York 10005

      Andrew M. Leblanc
      Milbank, Tweed, Hadley & McCloy LLP
      Suite 1100
      International Square Building
      1850 K Street, N.W.
      Washington, D.C. 2006
      Counsel for Appellee Alper Holdings USA, Inc.

      Matthew Colangelo
      NAACP Legal Defense & Educational Fund, Inc.
      99 Hudson Street, 16th Floor
      New York, New York 10013

      Debo P. Adegbile
      NAACP Legal Defense & Educational Fund, Inc.
      99 Hudson Street, 16th Floor
      New York, New York 10013

Hon. Coleen McMahon, USDJ
April 29, 2008
Page 3

    Lorraine S. McGowen
    Orrick, Herrington & Sutcliffe LLP
    666 Fifth Avenue
    New York, New York 10103

    Alyssa D. Englund
    Orrick, Herrington & Sutcliffe LLP
    666 Fifth Avenue
    New York, New York 10103