USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

In re:                                      :    Chapter 11
                                            :    Case No. 07-12148 (BRL)
ALPER HOLDINGS USA, INC.,                   :
                                            :
                         Debtor.            :
----------------------------------------x
RAY AND CATHY FLAKE,                        :
                                            :
                         Appellants,        :    District Court
                                            :    Case No. 08-cv-02489-CM
            -against-                       :
                                            :
ALPER HOLDINGS USA, INC.,                   :
                                            :
                         Appellee.          :
----------------------------------------x
HARRY HOLT, et al.,                         :
                                            :
                         Appellants,        :    District Court
                                            :    Case No. 08-cv-03344-CM
            -against-                       :
                                            :
ALPER HOLDINGS USA, INC.,                   :
                                            :
                         Appellee.          :
----------------------------------------x
JON AND CHARLOTTE ARMSTRONG,                :
                                            :
                         Appellants,        :    District Court
                                            :    Case No. 08-cv-03625-CM
            -against-                       :
                                            :
ALPER HOLDINGS USA, INC.,                   :
                                            :
                         Appellee.          :
----------------------------------------x
DONALD ADKINS, et al.,                      :
                                            :
                         Appellants,        :    District Court
                                            :    Case No. 08-cv-2428
            -against-                       :
                                            :
ALPER HOLDINGS USA, INC.,                   :
                                            :
                         Appellee.          :
----------------------------------------x

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Jessica L. Fink, attorney for Alper Holdings USA, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Andrew M. Leblanc |
| Firm Name: | Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP |
| Address: | 1850 K Street, N.W., Suite 1100 |
| City/State/Zip: | Washington, D.C. 20006 |
| Phone Number: | (202) 835-7574 |
| Fax Number: | (202) 263-7574 |
| Email Address: | aleblanc@milbank.com |

is admitted to practice *pro hac vice* as counsel for Alper Holdings USA, Inc. in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       May 8th,        , 2008

_____
United States District Judge

2