UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

In re:

ALPER HOLDINGS USA, Inc.,

Debtor.

RAY AND CATHY FLAKE,

Appellants,

v.

ALPER HOLDINGS USA, Inc.,

Appellee.

Case No. 1: 08-cv-02489-CM

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Douglas T. Tabachnik, attorney for Ray and Cathy Flake and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Sander L. Esserman, Esq.
> Stutzman, Bromeberg, Esserman, & Plifka
> A Professional Corporation
> 2323 Bryan Street, Suite 2200
> Dallas, Texas 75201
> Tel: (214) 969-4900
> Fax: (214) 969-4999
> taylor@sbep-law.com

is admitted to practice *pro hac vice* as counsel for Ray and Cathy Flake in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
~~April ___, 2008~~
May 8, 2008

_____
COLLEEN MCMAHON,
UNITED STATES DISTRICT JUDGE