**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

──────────────────────────────

**RAY AND CATHY FLAKE**

       **Appellants,**

   **v.**                       **Civil Case No. 08 cv 2489 (CM)**
                                         **(Consolidated)**

**ALPER HOLDINGS USA, INC.,**

       **Appellee.**

──────────────────────────────

**HARRY HOLT, et al.,**

       **Appellants,**

   **v.**

**ALPER HOLDINGS USA, INC.,**

       **Appellee.**

──────────────────────────────

**JON AND CHARLOTTE ARMSTRONG,**

       **Appellants,**

   **v.**

**ALPER HOLDINGS USA, INC.,**

       **Appellee.**

**THE ADKINS CLAIMANTS,**

      **Appellants,**

    **v.**

**ALPER HOLDINGS USA, INC.,**

      **Appellee.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Joint Supplemental Brief of Jon and Charlotte Armstrong and the Adkins Claimants was served upon the persons identified below via First Class Mail, postage pre-paid on the 21st day of May, 2008.

Dated: May 22, 2008                */s/ Cliff I. Taylor*
                                       Cliff I. Taylor

Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Jessica L. Fink
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Andrew M. Leblanc
Milbank, Tweed, Hadley & McCloy LLP
Suite 1100
International Square Building
1850 K Street, N.W.
Washington, D.C. 2006
Counsel for Appellee Alper Holdings USA, Inc.

Matthew Colangelo
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street, 16th Floor
New York, New York 10013

Debo P. Adegbile
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street, 16th Floor
New York, New York 10013

Lorraine S. McGowen
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103

Alyssa D. Englund
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103