**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――― x
In re:                                                  :     Chapter 11
                                                        :     Case No. 07-12148 (BRL)
ALPER HOLDINGS USA, INC.,                               :
                                                        :
                    Debtor.                             :
―――――――――――――――――――――――――――― x
                                                        :
HARRY HOLT, et al.,                                     :
                                                        :
                                                        :
              Appellants,                               :     District Court
                                                        :     Case No. 08-cv-02489-CM
       v.                                               :     (Consolidated)
                                                        :
ALPER HOLDINGS USA, INC.,                               :
                                                        :
              Appellee.                                 :
―――――――――――――――――――――――――――― x
                                                        :
RAY AND CATHY FLAKE,                                    :
                                                        :
              Appellants,                               :
                                                        :
       v.                                               :
                                                        :
ALPER HOLDINGS USA, INC.,                               :
                                                        :
              Appellee.                                 :
―――――――――――――――――――――――――――― x
                                                        :
JON AND CHARLOTTE ARMSTRONG,                            :
                                                        :
              Appellants,                               :
                                                        :
       v.                                               :
                                                        :
ALPER HOLDINGS USA, INC.,                               :
                                                        :
              Appellee.                                 :
―――――――――――――――――――――――――――― x

```
─────────────────────────────────────── x
                                        :
THE ADKINS CLAIMANTS,                   :
                                        :
                 Appellants,            :
                                        :
        v.                              :
                                        :
ALPER HOLDINGS USA, INC.,               :
                                        :
                 Appellee.              :
─────────────────────────────────────── x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS:
COUNTY OF NEW YORK     )

  BRYN FULLER, being duly sworn, deposes and says:

  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, counsel for Alper Holdings USA, Inc., appellee in the above-captioned consolidated cases.

  On June 11, 2008, I caused a copy of the following documents:

BRIEF OF APPELLEE (related to the Armstrong and Adkins Appeals);

APPENDIX OF ITEMS INCLUDED IN BRIEF OF APPELLEE (related to the Armstrong and Adkins Appeals);

BRIEF OF APPELLEE (related to the Holt Appeal); and

APPENDIX OF ITEMS INCLUDED IN BRIEF OF APPELLEE (related to the Holt Appeal)

to be served upon the parties identified on <u>Exhibit A</u> attached hereto via FedEx next business day delivery.

                                                  /s/ Bryn Fuller
                                                  BRYN FULLER

SWORN TO AND SUBSCRIBED before me this 13th day of June, 2008.

/s/ Rena K. Ceron
Rena K. Ceron
Notary Public, State of New York
No. 01CE6028430
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Feb. 1, 2010

**Exhibit A**

Douglas T. Tabachnik, Esq.
LAW OFFICES OF
DOUGLAS T. TABACHNIK, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728

Sander L. Esserman, Esq.
Cliff I. Taylor, Esq.
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, a Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Matthew Colangelo, Esq.
Debo P. Adegbile, Esq.
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
99 Hudson St., 16th Floor
New York, NY 10013

Lorraine S. McGowen, Esq.
Alyssa D. Englund, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103